the jury, subject to review as to the weight of it, that the defendant's servants had been using similar caps for blasting near the place of the accident, and had left the cap. Whether the defendant was negligent in such regard, whether such negligence was the proximate cause of the injury, and whether the plaintiff or his parents were guilty of contributory negligence, were questions for the jury to determine. Judgment of nonsuit reversed and new trial granted, costs to abide the event.

John L. BUNNELL, respt., v. N. Y. CENTRAL R. R. CO., applt. (Supreme Court, Appellate Division, Fourth Department. January 5, 1916.) Judgment and order affirmed, with costs. All concur.

In the matter of the claim of George BURTON for workmen's compensation v. JAMES A. WHELEN & SONS, employer, Commercial Casualty Insurance Company, insurer, applts. (Supreme Court, Appellate Division, Third Department. January 5, 1916.) Award unanimously affirmed.

James G. BUSSING, respt., v. The N. B. FAILS LUBRICATING CO., applt. (Supreme Court, Appellate Division, Fourth Department. January 12, 1916.) Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs to abide event. All concur.

In re CALDWELL'S ESTATE. (Supreme Court, Appellate Division, Fourth Department. December 1, 1915.) In the matter of transfer tax upon the estate of Isabel Caldwell, deceased. No opinion. Order affirmed, with costs.

Frances E. CALLISTER, respt., v. Sarah A. MEECH, impleaded, etc., applt. (Supreme Court, Appellate Division, Fourth Department. January 12, 1916.) Judgment affirmed, with costs. All concur.

CARMAN v. FELDSTEIN. (Supreme Court, Appellate Division, First Department. December 10, 1915.) Action by Nelson G. Carman against Herman H. Feldstein. No opinion. Application denied, with $10 costs. Order signed.

Vahan CARDASHIAN, Respt., v. Henry B. ENDICOTT et al., Applts. (Supreme Court, Appellate Division, First Department. December 24, 1915.) Order reversed, with $10 costs and disbursements, and motion granted. No opinion. Order filed.

In the matter of the application of Vincent A. CASHIN, for admission to the bar. (Supreme Court, Appellate Division, Second Department. December 24, 1915.) Application denied. See Matter of McGarey, 167 App. Div. 931, 152 N. Y. Supp. 324.

CHAMBERLIN et al., Appellants, v. CHAMBERLIN et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 10, 1915.) Action by Edwin C. Chamberlin and another against Josephine L. Chamberlin and others. No opinion. Judgment modified, to the extent of reducing the extra allowances to the various defendants to one-half thereof, and as so modified affirmed, without costs. Settle order on notice before Mr. Justice Carr.

Clark T. CHAMBERS, respondent, v. NEW YORK THEATRE COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. December 17, 1915.) Judgment and orders unanimously affirmed, with costs. No opinion.

Clark T. CHAMBERS, respondent, v. NEW YORK THEATRE COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. January 7, 1916.) Motion denied.

William D. CHAPIN, respondent, v. Freeman A. GODFREY and William Keeler, copartners, etc., appellant. (Supreme Court, Appellate Division, Second Department. December 24, 1915.) Application denied, with $10 costs.

George H. CHAPMAN, respt., v. NIAGARA SILK MILLS, applt. (Supreme Court, Appellate Division, Third Department. January 18, 1916.) On the record and the stipulation filed, order unanimously affirmed, with $10 costs and disbursements, without prejudice to the right of the presiding judge at the trial to order a reference if in his judgment it should be done.

In the matter of the claim of Martha CHAPPELLE, widow of Joseph T. Chappelle, deceased, v. FOUR HUNDRED AND TWELVE BROADWAY COMPANY, employer, and Zurich General Accident and Liability Insurance Company, Limited, insurance carrier, applts. (Supreme Court, Appellate Division, Third Department. January 18, 1916.) Motion granted.

Giles A. CHASE, respt., v. Leslie A. SIMPSON, applt. (Supreme Court, Appellate Division, Third Department. January 5, 1916.) Judgment unanimously affirmed, with costs.

Nora CHILDERS, as administratrix, etc., of Alfred Thomas Childers, deceased, appellant, v. BROOKLYN EASTERN DISTRICT TERMINAL, respondent. (Supreme Court, Appellate Division, Second Department. December 24, 1915.) Judgment and order unanimously affirmed, with costs. No opinion.

In the matter of the claim of Joseph CINO, for compensation under the Workmen's Compensation Law, claimant-respondent, v. NORTON & GORMAN CONTRACTING COMPANY, employer, and Casualty Company of America, insurance carrier, appellants. (Supreme Court, Appellate Division, Third Department. January 18, 1916.) Award unanimously affirmed.